In the Matter of the Application of RODERICK C. McLENNAN, Appellant, for an Order Requiring BERT W. MOYER, as Treasurer of the Committee Representing the Republican Party in the County of Onondaga, Respondent, to File an Amended Statement of Receipts and Expenditures in Connection with the General Election of November, 1909.

*Matter of McLennan* v. *Moyer*, 142 App. Div. 926, affirmed.

(Argued January 8, 1912; decided January 23, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

January 11, 1911, which affirmed an order of Special Term dismissing the petition in the above-entitled proceeding.

*Michael D. Reilly* for appellant.

*Ray B. Smith* and *Louis L. Waters* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.